

# CUMBERLAND COUNTY SHERIFF'S OFFICE

220 N LAUREL STREET
BRIDGETON, NJ 08302
PHONE (856) 451-4449 FAX (856) 453-1902

**Michael Donato**
Sheriff

**Michael Speranza**
**Thomas Speranza**
Undersheriffs

## PROOF OF PROCESS SERVICE

Plaintiff : JOHN COSSABOON
vs
Defendant: CITY OF VINELAND ET AL

Service # 2 of 8 Services
Date Received: 4/4/2025
Docket No.: 25CV2110
Sheriff's No.: **25000380**

Person/Corporation to Serve
**VINELAND POLICE DEPARTMENT**
620 EAST PLUM STREET
VINELAND, NJ 08360

Papers to Serve
Summons & Complaint

United States District Court

Alternate Address/Notes:

I, MICHAEL DONATO, SHERIFF OF CUMBERLAND COUNTY, DO HEREBY DEPUTIZE AND APPOINT Brian Gibson, A DULY SWORN OFFICER, TO EXECUTE AND RETURN THE DOCUMENTS, ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

RECEIVED

APR 11 2025

AT 8:30____________M
CLERK, U.S. DISTRICT COURT - DNJ

Michael Donato, SHERIFF

Date of Service: 4/7/2025
Time of Service: 9:53 AM
Attempts:

Defendant: VINELAND POLICE DEPARTMENT
620 EAST PLUM STREET
VINELAND, NJ 08360

Delivered To: SGT M. HARRIS #9580
Relationship: SGT

| Race | Gender | Height | Weight | Eyes | Hair | Age | Military |
|---|---|---|---|---|---|---|---|
| | | ' " | | | | | |

Manner of Service
Served Corporation's Managing Agent at Place of Business

I WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

*Brian Gibson*
Brian Gibson

LAW OFFICE OF STANLEY J ELLENBERG ESQ PC
1500 JOHN F KENNEDY BOULEVARD SUITE 1825
PHILADELPHIA, PA 19102

*Sheriff Fees:* Mileage ($5.00) Service Fee - 1st Defendant ($24.00) Mileage ($5.00) Service Fee - 2nd Defendant ($20.00) Mileage ($5.00) Mileage ($1.00) Service Fee - 3rd + Defendants ($16.00) Service Fee - 3rd + Defendants ($16.00) Total: $92.00

Case 1:25-cv-02110-CPO-AMD Document 2 Filed 03/28/25 Page 1 of 2 PageID: 44

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JOHN COSSABOON,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CITY OF VINELAND, ET AL.,**
*Defendant*

CASE NUMBER: **1:25–CV–02110–CPO–AMD**

TO: *(Name and address of Defendant):*

Vineland Police Department
620 East Plum St.
Vineland, NJ 08360

RECEIVED

APR 4 2025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen Hoffmann
Law Offices of Stanley J. Ellenberg
1500 John F. Kennedy Blvd.
Suite 1825
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**
**Clerk of Court**

**ISSUED ON 2025–03–28 16:11:22,** Clerk
USDC NJD

Case 1:25-cv-02110-CPO-AMD Document 2 Filed 03/28/25 Page 2 of 2 PageID: 45

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________
______________________________________________________; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
______________________ a person of suitable age and discretion who resides there,
on (date):__________ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
______________________________; or

☐ Returned unexecuted: ______________________________________________
______________________________________________________
______________________________________________________; or

☐ Other (specify):
______________________________________________________
______________________________________________________
______________________________________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*




# CUMBERLAND COUNTY SHERIFF'S OFFICE

220 N LAUREL STREET
BRIDGETON, NJ 08302
PHONE (856) 451-4449 FAX (856) 453-1902

**Michael Donato**
Sheriff

**Michael Speranza**
**Thomas Speranza**
Undersheriffs

## PROOF OF PROCESS SERVICE

Plaintiff : JOHN COSSABOON
vs
Defendant: CITY OF VINELAND ET AL

Service # 1 of 8 Services
Date Received: 4/4/2025
Docket No.: 25CV2110
Sheriff's No.: **25000380**

Person/Corporation to Serve
**CITY OF VINELAND**
640 EAST WOOD STREET
VINELAND, NJ 08360

Papers to Serve
Summons & Complaint

United States District Court

Alternate Address/Notes:

I, MICHAEL DONATO, SHERIFF OF CUMBERLAND COUNTY, DO HEREBY DEPUTIZE AND APPOINT Brian Gibson, A DULY SWORN OFFICER, TO EXECUTE AND RETURN THE DOCUMENTS, ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

Michael Donato, SHERIFF

RECEIVED
APR 11 2025
AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

Date of Service: 4/7/2025
Time of Service: 10:08 AM
Attempts:

Defendant: CITY OF VINELAND
640 EAST WOOD STREET
VINELAND, NJ 08360

Delivered To: STEPHEN BORSE
Relationship: ASSOCIATE SOLICITOR

| Race | Gender | Height | Weight | Eyes | Hair | Age | Military |
|---|---|---|---|---|---|---|---|
| | | ' " | | | | | |

Manner of Service
Served Corporation's Managing Agent at Place of Business

I WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

*Brian Gibson*
Brian Gibson

LAW OFFICE OF STANLEY J ELLENBERG ESQ PC
1500 JOHN F KENNEDY BOULEVARD SUITE 1825
PHILADELPHIA, PA 19102

*Sheriff Fees:* Mileage ($5.00) Service Fee - 1st Defendant ($24.00) Mileage ($5.00) Service Fee - 2nd Defendant ($20.00) Mileage ($5.00) Mileage ($1.00) Service Fee - 3rd + Defendants ($16.00) Service Fee - 3rd + Defendants ($16.00) Total: $92.00

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JOHN COSSABOON,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CITY OF VINELAND, ET AL.,**
*Defendant*

CASE NUMBER: **1:25–CV–02110–CPO–AMD**

TO: *(Name and address of Defendant):*

City of Vineland
640 East Wood Street
Vineland, NJ 08360

RECEIVED

APR 4 2025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen Hoffmann
Law Offices of Stanley J. Ellenberg
1500 John F. Kennedy Blvd.
Suite 1825
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**

**Clerk of Court**

**ISSUED ON 2025–03–28 16:11:22**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________________ ______________________________________________________________; or

☐ Left the summons at the individual's residence or usual place of abode with (name): ______________________ a person of suitable age and discretion who resides there, on (date):__________ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: ________________________________; or

☐ Returned unexecuted: ______________________________________________ ______________________________________________________________ ______________________________________________________________; or

☐ Other (specify): ______________________________________________________________ ______________________________________________________________ ______________________________________________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

 

# CUMBERLAND COUNTY SHERIFF'S OFFICE

220 N LAUREL STREET
BRIDGETON, NJ 08302
PHONE (856) 451-4449 FAX (856) 453-1902

**Michael Donato**
Sheriff

**Michael Speranza**
**Thomas Speranza**
Undersheriffs

## PROOF OF PROCESS SERVICE

Plaintiff : JOHN COSSABOON
vs
Defendant: CITY OF VINELAND ET AL

Service # 5 of 8 Services
Date Received: 4/4/2025
Docket No.: 25CV2110
Sheriff's No.: **25000380**

Person/Corporation to Serve
**OFFICER FRANCISCO LEDESMA C/O VINELAND POLICE DEPARTMENT**
620 EAST PLUM STREET
VINELAND, NJ 08360

Papers to Serve
Summons & Complaint

United States District Court

Alternate Address/Notes:

I, MICHAEL DONATO, SHERIFF OF CUMBERLAND COUNTY, DO HEREBY DEPUTIZE AND APPOINT Brian Gibson, A DULY SWORN OFFICER, TO EXECUTE AND RETURN THE DOCUMENTS, ACCORDING TO LAW.

RECEIVED

APR 11 2025

AT 8:30__________M
CLERK, U.S. DISTRICT COURT - DNJ

WITNESS BY HAND AND SEAL

Michael Donato, SHERIFF

Date of Service: 4/7/2025

Defendant: OFFICER FRANCISCO LEDESMA C/O VINELAND POLICE DEPARTMENT
620 EAST PLUM STREET
VINELAND, NJ 08360

Time of Service: 9:53 AM
Attempts:

Delivered To: SGT M. HARRIS #9580
Relationship SGT

| Race | Gender | Height | Weight | Eyes | Hair | Age | Military |
|---|---|---|---|---|---|---|---|
| | | ' " | | | | | |

Manner of Service
Served Corporation's Managing Agent at Place of Business

I WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

*Brian Gibson*
Brian Gibson

*Sheriff Fees:* Mileage ($5.00) Service Fee - 1st Defendant ($24.00) Mileage ($5.00) Service Fee - 2nd Defendant ($20.00) Mileage ($5.00) Mileage ($1.00) Service Fee - 3rd + Defendants ($16.00) Service Fee - 3rd + Defendants ($16.00) Total: $92.00

LAW OFFICE OF STANLEY J ELLENBERG ESQ PC
1500 JOHN F KENNEDY BOULEVARD SUITE 1825
PHILADELPHIA, PA 19102

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JOHN COSSABOON,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CITY OF VINELAND, ET AL.,**
*Defendant*

CASE NUMBER: **1:25–CV–02110–CPO–AMD**

TO: *(Name and address of Defendant):*

Officer Francisco Ledesma
c/o Vineland Police Department
620 East Plum St
Vineland, NJ 08360

RECEIVED

APR 4 2025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen Hoffmann
Law Offices of Stanley J. Ellenberg
1500 John F. Kennedy Blvd.
Suite 1825
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**

**Clerk of Court**

**ISSUED ON 2025–03–28 16:11:22,** Clerk
USDC NJD

Case 1:25-cv-02110-CPO-AMD Document 2 Filed 03/28/25 Page 2 of 2 PageID: 45

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): ____________ a person of suitable age and discretion who resides there, on (date):________ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: ____________________ ; or

☐ Returned unexecuted: ____________________ ; or

☐ Other (specify): ____________________

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*

 

# CUMBERLAND COUNTY SHERIFF'S OFFICE

220 N LAUREL STREET
BRIDGETON, NJ 08302
PHONE (856) 451-4449 FAX (856) 453-1902

**Michael Donato**
Sheriff

**Michael Speranza**
**Thomas Speranza**
Undersheriffs

## PROOF OF PROCESS SERVICE

Plaintiff : JOHN COSSABOON
vs
Defendant: CITY OF VINELAND ET AL

Service # 8 of 8 Services
Date Received: 4/4/2025
Docket No.: 25CV2110
Sheriff's No.: **25000380**

Person/Corporation to Serve
**CUMBERLAND COUNTY JAIL**
54 WEST BROAD STREET
BRIDGETON, NJ 08302

Papers to Serve
Summons & Complaint

United States District Court

Alternate Address/Notes:

I, MICHAEL DONATO, SHERIFF OF CUMBERLAND COUNTY, DO HEREBY DEPUTIZE AND APPOINT Darryl Eldridge, A DULY SWORN OFFICER, TO EXECUTE AND RETURN THE DOCUMENTS, ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

Michael Donato, SHERIFF

RECEIVED
APR 11 2025
AT 8:30 ________ M
CLERK, U.S. DISTRICT COURT - DNJ

Date of Service: 4/7/2025
Time of Service: 11:45 AM
Attempts:

Defendant: CUMBERLAND COUNTY JAIL
54 WEST BROAD STREET
BRIDGETON, NJ 08302
Delivered To: RENEE WHILDEN
Relationship: CONFIDENTIAL ASSISTANT

| Race | Gender | Height | Weight | Eyes | Hair | Age | Military |
|---|---|---|---|---|---|---|---|
| | | ' " | | | | | |

Manner of Service
Served Corporation's Managing Agent at Place of Business

I WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

*Darryl Eldridge*
Darryl Eldridge

LAW OFFICE OF STANLEY J ELLENBERG ESQ PC
1500 JOHN F KENNEDY BOULEVARD SUITE 1825
PHILADELPHIA, PA 19102

*Sheriff Fees:* Mileage ($5.00) Service Fee - 1st Defendant ($24.00) Mileage ($5.00) Service Fee - 2nd Defendant ($20.00) Mileage ($5.00) Mileage ($1.00) Service Fee - 3rd + Defendants ($16.00) Service Fee - 3rd + Defendants ($16.00) Total: $92.00

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JOHN COSSABOON,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CITY OF VINELAND, ET AL.,**
*Defendant*

CASE
NUMBER: **1:25–CV–02110–CPO–AMD**

TO: *(Name and address of Defendant):*

Cumberland County Jail
554 West Broad St
Bridgeton, NJ 08302

RECEIVED
APR 4 2025
Cumberland County Sheriff's Office

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen Hoffmann
Law Offices of Stanley J. Ellenberg
1500 John F. Kennedy Blvd.
Suite 1825
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**
**Clerk of Court**

**ISSUED ON 2025–03–28 16:11:22,** Clerk
USDC NJD

Case 1:25-cv-02110-CPO-AMD Document 2 Filed 03/28/25 Page 2 of 2 PageID: 45

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________________ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): ______________ a person of suitable age and discretion who resides there, on (date):__________ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: ______________________ ; or

☐ Returned unexecuted: ______________________________________________ ; or

☐ Other (specify): ______________________________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*



quadient
FIRST-CLASS MAIL
IMI
$002.31
04/09/2025 ZIP 08302
043M31229892
US POSTAGE

SHERIFF'S OFFICE
CUMBERLAND COUNTY
N★J

Office of the Sheriff
220 North Laurel Street, Bridgeton, NJ 08302

U.S. COURT HOUSE
MITCHELL H. COHEN BUILDING
& U.S. COURTHOUSE
4TH & COOPER STREETS ROOM 1050
CAMDEN, NJ 08101

Attn: ______________________

RECEIVED
APR 11 2025
AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

<␊</␊>
<␊</␊>
<␊</␊>
<␊</␊>
<␊</␊>

</␊>

</␊>

