Karen L. Hoffmann, Esq.
**ELLENBERG LAW GROUP**
ID No. 203412022
1500 JFK Blvd. Suite 1825
Philadelphia, PA 19102
(215) 790-1682
karen@sellenberglaw.com                    *Attorneys for Plaintiff John Cossaboon*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN COSSABOON, <br><br> *Plaintiff*, <br><br> v. <br><br> CITY OF VINELAND, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-02110-RMB-AMD |

### CERTIFICATE OF SERVICE

I, Karen L. Hoffmann, hereby certify that, in accordance with F.R.C.P. 5, on this date I served a true and correct copy of the Amended Complaint on the following:

By the Court's CM/ECF system:
    William F. Cook, Esq.
    Brown & Connery, LLP
    Attorney for Defendants CITY OF VINELAND, FRANCISCO LEDESMA, and
    VINELAND POLICE DEPARTMENT

By e-mail:
    A. Michael Barker, Esq.
    Barker, Gelfand, James & Sarvas
    Attorney for Defendant CUMBERLAND COUNTY JAIL
    ambarker@barkerlawfirm.net

Dated: April 28, 2025                    */s/ Karen L. Hoffmann*
                                                                            Karen L. Hoffmann, Esq.
                                                                            ELLENBERG LAW GROUP