UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**         DATE OF PROCEEDINGS

**COURT REPORTER: SHARON RICCI**         May 20, 2025

                                                  Docket No. 25-cv-02110(RMB/AMD)

**TITLE OF CASE:**

**COSSABOON VS. CITY OF VINELAND, ET AL.,**

**APPEARANCES:**

Karen Hoffmann, Esquire, for plaintiff
William F. Cook, Esquire for defendants City of Vineland, Vineland Police Department and Officer Francisco Ledesma
Greg Paul Dilorenzo, Esquire for defendant Cumberland County Jail

**NATURE OF PROCEEDINGS: PRE-MOTION CONFERENCE**

Pre-Motion Conference Held.
Ordered plaintiff granted leave to file an amended complaint by 7/21/25.

Time commenced: 3:25p.m.                    Time Adjourned: 4:00p.m.

                                                                     Total 35 Minutes

                                                                     s/ *Arthur Roney*
                                                                     DEPUTY CLERK