Atty ID 900442012
Greg DiLorenzo, Esquire
210 New Road, Ste. 12
Linwood, New Jersey 08221
gdilorenzo@barkerlawfirm.net
Attorney for Defendant Charles Albino

| | |
|---|---|
| John Cossaboon,<br><br>      Plaintiff,<br>v.<br><br>Charles E. Albino; CFG Health Systems, LLC; and April Munson,<br><br>      Defendants. | UNITED STATES DISTRICT COURT<br>CAMDEN VICINAGE<br><br>DOCKET: 1:25-cv-2110 |

## NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT BY CHARLES ALBINO

PLEASE TAKE NOTICE that the undersigned, on behalf of Defendant Charles Albino, shall move before the United States District Court Judge in the United States District Court, Camden, New Jersey, on a date and time to be set by the Court, for an Order granting dismissal of Plaintiff's Second Amended Complaint in favor of the Defendant, as more fully set forth in the Defendant's Brief in Support of the Motion to Dismiss.

    A proposed form of Order is attached.

                    **BARKER, GELFAND, JAMES & SARVAS**
                    **A Professional Corporation**


                    By: /s/*Greg DiLorenzo*
                        Greg DiLorenzo, Esq.

Dated: September 17, 2025