Atty ID 900442012
Greg DiLorenzo, Esquire
210 New Road, Ste. 12
Linwood, New Jersey 08221
gdilorenzo@barkerlawfirm.net
Attorney for Defendant Charles Albino

| | |
|---|---|
| John Cossaboon,<br><br>     Plaintiff,<br><br>v.<br><br>Charles E. Albino; CFG Health Systems, LLC; and April Munson,<br><br>     Defendants. | UNITED STATES DISTRICT COURT<br>CAMDEN VICINAGE<br><br>DOCKET: 1:25-cv-2110 |

## CERTIFICATION OF SERVICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT BY CHARLES ALBINO

I, A. Michael Barker, Esquire, being of full age, hereby certify as follows:

1.      I am an attorney-at-law licensed to practice in the State of New Jersey, and I am the associate of the Law Offices of Barker, Gelfand, James & Sarvas, P.C. I am an attorney entrusted with the handling of this matter on behalf of Defendant Charles Albino, I am fully familiar with the facts set forth herein.

2.      On the 16th day of September 2025, I caused a true and correct copy of Defendant's Notice of Motion to Dismiss the Second Amended Complaint, as well as a supporting Brief and proposed form of Order, to be served via electronic ECF filing with the Clerk of the United States District Court, District of New Jersey – Camden County, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey, 08101.

3.      On the 16th day of September 2025, a true and correct copy of the aforementioned documents were caused to be filed electronically with the Clerk of the United States District Court, District of New Jersey – Camden County, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey, 08101 and as such the documents were simultaneously sent, via the ECF Filing System, to all interested parties.

4.      On the 16h day of September 2025, a true and correct courtesy copy of the aforementioned documents were caused to be sent via U.S. First-Class Mail, with tracking, to the following:

> The Honorable Renee Marie Bumb
> Chief United States District Judge
> United States District Court/Camden
> Mitchell H. Cohen Building & U.S. Courthouse
> 4th & Cooper Streets, Court Room 4A
> Camden, NJ 08101

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**BARKER, GELFAND, JAMES & SARVAS**
**A Professional Corporation**

By:  /s/*Greg DiLorenzo*
                Greg DiLorezno, Esq.

Dated: September 17, 2025