Case 1:25-cv-02110-RMB-AMD    Document 28-3    Filed 09/17/25    Page 1 of 1 PageID: 205

Atty ID 900442012
Greg DiLorenzo, Esquire
210 New Road, Ste. 12
Linwood, New Jersey 08221
gdilorenzo@barkerlawfirm.net
Attorney for Defendant Charles Albino

| | |
|---|---|
| John Cossaboon,<br><br>     Plaintiff,<br>v.<br><br>Charles E. Albino; CFG Health Systems, LLC; and April Munson,<br><br>     Defendants. | UNITED STATES DISTRICT COURT<br>CAMDEN VICINAGE<br><br>DOCKET: 1:25-cv-2110 |

## ORDER

     This matter comes before the Court by way of a motion to dismiss pursuant to R.12(b)(6) on behalf of Defendant Charles Albino, represented by A. Michael Barker, Esquire of Barker, Gelfand, James & Sarvas, P.C.;

     IT IS this _____ day of _____ 2025 hereby ORDERED that Defendant's Motion to Dismiss the Second Amended Complaint shall be, and hereby is, **GRANTED**, and all claims by Plaintiff John Cossaboon against Defendant Charles Albino are dismissed, with prejudice.

_____
, U.S.D.J.